No. 95–5369. BROWN v. LENSING, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5370. DUSENBERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5371. GARRETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5372. CRAIG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5373. AGUIAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5374. HEATH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5375. GIRALDO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5376. MCKENZIE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5377. NICHOLS v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5378. JANKOWSKI v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5379. KNAPP v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–5380. LITTLE v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–5381. MARTINEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5382. LEATH v. UNITED STATES; and
No. 95–5392. LEATH, AKA THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5383. WHITE v. OHIO. Sup. Ct. Ohio. Certiorari denied.